[No. 33769-3-III.   Division Three.   February 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY J. TUDOR, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-02060-1, Harold D. Clarke III, J., entered August 7, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Siddoway, JJ.

[No. 33947-5-III.   Division Three.   February 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTORIA ASHLEE KNEZEVICH, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 15-1-00145-0, Scott R. Sparks, J., entered November 30, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway and Pennell, JJ.

[No. 33973-4-III.   Division Three.   February 14, 2017.]

*In the Matter of the Detention of* R.D.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-6-01272-9, Julie M. McKay, J., entered November 16, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Siddoway, JJ.

[No. 34316-2-III.   Division Three.   February 14, 2017.]

*In the Matter of the Parental Rights to* L.M.R.

Appeal from a judgment of the Superior Court for Grant County, No. 16-7-00220-4, Steven B. Dixon, J., entered July 19, 2016. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Korsmo, J.